IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN DARNELL KELLY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>PENNSYLVANIA, DEPARTMENT )<br>OF CORRECTIONS, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:25-cv-147 |

### MEMORANDUM ORDER

This civil action was initiated on June 4, 2025 when Plaintiff Calvin Darnell Kelly, lodged a complaint without paying the requisite filing fee or submitting a properly supported motion for leave to proceed *in forma pauperis*. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo for all pretrial matters and for a report and recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. Based on the aforementioned deficiencies, Judge Lanzillo ordered that the case be administratively closed on July 14, 2025. ECF No. 11.

That same day, Plaintiff filed a motion for a preliminary injunction, which is docketed at ECF No. 12. On January 21, 2026, Judge Lanzillo issued an R&R recommending that the Plaintiff's motion be dismissed for lack of jurisdiction, because no complaint has been filed yet in this matter. ECF No. 13. Objections to the R&R were due on or before February 9, 2026.

1

No objections having been filed by the date of this Order, and upon independent review of the record and *de novo* consideration of the Chief Magistrate Judge's Report and Recommendation, of January 21, 2026, it is hereby ORDERED that:

1. Judge Lanzillo's R&R, ECF No. [13], is ADOPTED as the opinion of this Court.

2. Plaintiff's Motion for Preliminary Injunction, ECF No. [12] is DISMISSED without prejudice for lack of jurisdiction.

3. The case shall remain "Administratively Closed" until such time as Plaintiff submits a properly supported motion for leave to proceed *in forma pauperis* or pays the requisite filing and administrative fees.

4. Once Plaintiff's complaint is filed and service is effectuated or waived by the named Defendants, Plaintiff may then renew his request for injunctive relief, if warranted.

ENTERED AND ORDERED THIS 25th DAY OF FEBRUARY, 2026.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge